IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN McCASKILL,

      Plaintiff,                   No. CIV S-04-0704 KJM

  vs.

COUNTY OF SHASTA, et al.,

      Defendants.            <u>ORDER</u>

_____/

      This matter is set for jury trial before the undersigned on May 14, 2007 at 10:00 a.m. That date is confirmed. The parties are advised that the final pretrial order filed June 14, 2006 shall control the trial of this matter. As required by that order, seven days prior to the trial, the parties shall submit a joint statement to be read to the jury, trial briefs, joint jury instructions, proposed voir dire and in limine motions. Joint and proposed jury instructions in dispute shall also be submitted on a disc in Word Perfect X3. The parties are directed to appear before and present an original and one copy of exhibits to the Courtroom Deputy, Matt Caspar, at 8:30 a.m. on the date set for trial.

DATED: April 24, 2007.

                                             U.S. MAGISTRATE JUDGE

006
mccaskill.pto

1